No. 02–10585. ROBLOW *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 02–10586. SMITH *v.* LEWIS, SUPERINTENDENT, HALES CREEK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 02–10600. PARRADO *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–10601. TIRADO *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–10605. SINGLETON *v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 02–10607. WERNER, AKA THOMAS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 02–10610. GONZALEZ *v.* SPECTOR. C. A. 9th Cir. Certiorari denied.

No. 02–10611. HUTCH *v.* PARSONS ET AL. Int. Ct. App. Haw. Certiorari denied.

No. 02–10612. HILL *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 02–10617. SCHNEIDERMAN *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–10619. SMITH *v.* TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 02–10620. SALAHUDDIN *v.* MEAD ET AL. C. A. 2d Cir. Certiorari denied.

No. 02–10623. GREEN *v.* CASTRO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–10627. OLIVER *v.* BARSTOW, TRUSTEE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 02–10630. COLE *v.* NEW MEXICO ET AL. C. A. 10th Cir. Certiorari denied.